# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

———————

No. 17-20247
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

February 2, 2018

Lyle W. Cayce
Clerk

———————

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

JUAN MARTINEZ-SALGADO, also known as Juan Salgado Martinez, also known as Juan Martinez Salgado, also known as Juan S. Martinez, also known as Luciano Escopa,

Defendant-Appellant

——————————————

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:16-CR-528-1

——————————————

Before REAVLEY, PRADO, and GRAVES, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Juan Martinez-Salgado has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Martinez-Salgado has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected

———————

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 17-20247

therein.    We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review.    Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.    *See* 5TH CIR. R. 42.2.